# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )        Case No. 7:23mj29
361 MOUNTAIN AVE SW, APARTMENT 4, ROANOKE, )
VA AND A BLUE JAGUAR SEDAN )
)

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

361 Mountain Ave SW, Apartment 4, Roanoke, VA and a blue Jaguar sedan.
See ATTACHMENT A for a further description.

located in the        Western        District of        Virginia        , there is now concealed *(identify the person or describe the property to be seized)*:

See ATTACHMENT B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(d)(1), § 924 (c), § 933(a)(1), 21 U.S.C. § 841 | Sell Firearm Knowingly to Convicted Felon; Carry Firearm in Furtherance of Drug Trafficking; Trafficking Firearms; Distribution of Controlled Substances |

The application is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

☐ Delayed notice of ____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

s/Brian P. McBride
*Applicant's signature*

ATF Task Force Officer Brian P. McBride
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
       telephone        *(specify reliable electronic means)*.

*Robert S. Ballou*
*Judge's signature*

Date:    03/13/2023

City and state:   Roanoke, VA                                Robert S. Ballou | United States District Judge
*Printed name and title*